IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTONIO HARRIS,

    Plaintiff,                                      JUDGMENT IN A CIVIL CASE

v.                                            Case No. 13-cv-883-wmc

DANE ESSER, *et al.*

    Defendants.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for want of prosecution.

      /s/                                                          1/27/2015

Peter Oppeneer, Clerk of Court                   Date